IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOMY CASA LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>JILI CREATION TECHNOLOGY CO., LTD.,<br><br>        Defendants. | Case No. 2:24-cv-00763<br><br>Judge Mark R. Hornak |

### RULE 7.1 CORPORATE DISCLOSURES OF DEFENDANT JILI CREATION TECHNOLOGY CO., LTD.

Defendant, Jili Creation Technology Co., Ltd. ("Jili"), in accordance with Federal Rule of Civil Procedure 7.1 and LCvR 7.1, hereby makes its corporate disclosures and identification of affiliates as follows:

There is no parent corporation or any publicly held corporation owning 10% or more of Jili's stock.

There are no parent companies, subsidiaries, or affiliates of Jili that have issued shares or debt securities to the public. All shares of the company are held by private individuals.

Dated: August 2, 2024                                         Respectfully submitted,

                                                        /s/ *Matthew De Preter*
                                                        Matthew De Preter
                                                        Sofia J. Quezada
                                                        ARONBERG GOLDGEHN DAVIS & GARMISA
                                                       225 W. Washington, St. Suite 2800
                                                       Chicago, IL 60606
                                                       312-755-3153
                                                       cdepreter@agdglaw.com
                                                       squezada@agdglaw.com

***Attorneys for Defendant Jili Creation Technology Co., Ltd.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 2, 2024 a true and correct copy of the foregoing was filed electronically with the Clerk of the Court through the Court's CM/ECF System, which will provide electronic notification of such filing to all attorneys of record.

/s/ *Matthew De Preter*
Matthew De Preter
*One of the Attorneys for Defendant Jili Creation Technology Co., Ltd.*

4855-8261-9604, v. 2